IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VERA AND JOE PARSONS,<br><br>Plaintiffs,<br><br>vs.<br><br>JACK DANIELS MOTORS LLC, PORSCHE MOTORS NORTH AMERICA INC., NORTH ATLANTIC DISTRIBUTION AND PLYCAR, LLC<br><br>Defendants. | CIVIL ACTION<br><br>NO. 2:15-cv-00680-CCC-JBC |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT FORM**

Please check one:

_X_ The nongovernmental corporate Party, __Plycar, LLC________, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

___ The nongovernmental corporate party, ________________, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________

February 4, 2015 /s/ James A. Wescoe
Date Signature

Counsel for: Plycar, LLC

**AFFIRMATION OF SERVICE**

The undersigned, hereby affirms that the foregoing Rule 7.1 Corporate Disclosure Statement Form was served today on the below-listed counsel via the Court's electronic filing notice on February 4, 2015:

Jonathan Rudnick, Esquire
Carton & Rudnick
788 Shrewsbury Avenue
Building 2, Suite 204
Tinton Falls, NJ 07724
*Attorney for Plaintiff*

Christopher Morgan, Esq.
White and Williams LLP
LibertyView
457 Haddonfield Road, Suite 400
Cherry Hill, NJ 08002-2220
*Attorney for Defendants,*
*Jack Daniels Motors, LLC and Porsche Motors North America, Inc.*

North Atlantic Distribution, Inc.
Davisville Industrial Park
100 Tidal Drive
North Kingstown, RI 02852

**WEBER GALLAGHER SIMPSON**
**STAPLETON FIRES & NEWBY, LLP**

*/s/ James A. Wescoe*
By:______________________________________________

James A. Wescoe, Esquire, ID#: 06041999
Attorney for Petitioner/Defendant
Plycon Van Lines, Inc.
(incorrectly named as Plycar, LLC)

Date: February 4, 2015